# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY DEWITT HUNTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LETICIA PEREZ, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:14-cv-00313-LJO-SKO (PC)<br><br>ORDER (1) DENYING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS, (2) DISMISSING ACTION, WITHOUT PREJUDICE, PURSUANT TO 28 U.S.C. § 1915(G), AND (3) DIRECTING CLERK OF COURT TO ENTER JUDGMENT<br><br>(Docs. 1 and 2) |

　　　　Plaintiff Leroy Dewitt Hunter, a prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on March 5, 2014.  Plaintiff seeks leave to proceed in forma pauperis in this case.

　　　　However, Plaintiff is subject to 28 U.S.C. 1915(g), which provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."[1]  The Court has reviewed Plaintiff's complaint and his allegations do not satisfy

---

[1] The Court takes judicial notice of the following United States District Court cases: *Hunter v. Attorney Gen. State of California, et al.*, 2:10-cv-00329-EFB (PC) (E.D. Cal.) (dismissed 07/21/2010 as frivolous); *Hunter v. Harrington, et al.*, 1:11-cv-00237-GBC (PC) (E.D. Cal.) (dismissed 09/02/2011 for failure to state a claim); *Hunter v. Director of Corr., et al.*, 1:09-cv-02203-MJS (PC) (E.D. Cal.) (dismissed 10/25/2011 for failure to state a claim; and *Hunter v. Director of Corr., et al.*, 1:10-cv-00099-GSA (PC) (E.D. Cal.) (dismissed 10/31/2011 for failure to state a claim).

the imminent danger exception to section 1915(g). *Andrews v. Cervantes*, 493 F.3d 1047, 1055-56 (9th Cir. 2007). Therefore, Plaintiff must pay the $400.00 filing fee if he wishes to litigate these claims.

Accordingly, the Court HEREBY ORDERS as follows:

1. Plaintiff's motion for leave to proceed in forma pauperis in this action is DENIED;
2. This action is DISMISSED, without prejudice to re-filing accompanied by the $400.00 filing fee; and
3. The Clerk of the Court shall enter judgment.

IT IS SO ORDERED.

Dated:   **March 11, 2014**              /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

---

These strikes were final prior to the date Plaintiff filed this action. *Silva v. Di Vittorio*, 658 F.3d 1090, 1098-1100 (9th Cir. 2011).